UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

LEANN M. BECK
xxx-xx-7786

:CHAPTER 13

Debtor.

:CASE NO. 22-01041-HWV

LEANN M. BECK
        Movant,

v.

U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT

:Hearing Date: February 28, 2023 @ 9:30 a.m.

        Secured Creditor,
And

JACK ZAHAROPOULOS, ESQUIRE
        Trustee,

        Respondents.

**STIPULATION RESOLVING MOTION TO SELL**

THIS matter being opened to the Court by John M. Hyams of the Law Offices of John M. Hyams on behalf of Debtor on her Motion to Sell the real property commonly known as 67 PINE STREET, DILLSBURG, PA 17019; and Emmanuel J. Argentieri of the law office of Romano Garubo & Argentieri, counsel for the secured creditor, U.S. Bank, National Association As Legal Title Trustee For Truman 2016 SC6 Title Trust, having filed an objection thereto, and it appearing that the parties have amicably resolved their differences and for good cause shown; It is hereby Stipulated and Agreed as follows:

U.S. Bank NA, not in its individual capacity but solely as trustee for the RMAC Trust Series 2016-CTT shall be paid $210,000.00 in satisfaction of its mortgage lien ("lien"). Said lien shall remain on the premises commonly known as 67 PINE STREET, DILLSBURG, PA 17019 until the $210,000.00 payoff proceeds are received and applied by US Bank.

*The undersigned hereby consent to the form and entry of the within order.*

/s/Emmanuel J. Argentieri
Emmanuel J. Argentieri, Esquire
*Attorney for Secured Creditor*          Date: 2/22/2023


/s/John M. Hyams
John M. Hyams, Esquire
*Attorney for Debtor*          Date: 2/23/2023